LAURA P. MORITZ        7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:         laura.moritz@dentons.com

Attorney for Defendant
THE GROWING KEIKI, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,<br><br>              Plaintiff,<br><br>     v.<br><br>THE GROWING KEIKI, LLC,<br><br>              Defendant. | Civil No. 19-1-00249-DKW-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Ward and Defendant The Growing Keiki, LLC, by and through their undersigned counsel, being all of the parties that have appeared in this action, and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims and parties are dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: Honolulu, Hawai`i, November 14, 2019.

                              /s/ Laura P. Moritz
                              Laura P. Moritz

                              Attorney for Defendant
                              THE GROWING KEIKI, LLC

                              /s/ Lunsford D. Phillips
                              Lunsford D. Phillips

                              Attorney for Plaintiff
                              DANIEL WARD

APPROVED AND SO ORDERED.

DATED:  November 14, 2019 at Honolulu, Hawai'i.



                              /s/ Derrick K. Watson
                              Derrick K. Watson
                              United States District Judge

---

*Daniel Ward v. The Growing Keiki, LLC,* United States District Court, District of Hawai`i, Civil No. 19-1-00249-DKW-RT; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**

15803186\000001\113573925